IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Faustino Xavier Betancourt Colon <br><br> Plaintiff, <br><br> v. <br><br> UE Montehiedra Holding II LLC , *et al.*, <br><br> Defendants. | Civil No. 22-1350 (WGY) |

## JUDGMENT

Pursuant to this Court's Order, on ECF No. 16, Judgment is hereby entered REMANDING this action to the Court of First Instance of San Juan of the Commonwealth of Puerto Rico, Superior Court of San Juan, for further proceedings. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, October 4th, 2022.

s/ William G. Young
William G. Young
U.S. DISTRICT JUDGE
